# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMBER SMITH | : | |
| | : | |
| V. | : | 22-CV-1934 |
| | : | |
| WYOMING COUNTY DISTRCIT ATTORNEY'S OFFICE, et al | : : | |

**PLAINTIFF'S MOTION EXTENSION OF TIME TO FILE BRIEF**

AND NOW, comes Plaintiff, by and through her Counsel, Curt M. Parkins, Esq., who files this Motion, averring as follows:

1. Plaintiff filed a Complaint in this § 1983 matter on December 6, 2022.

2. Defendants subsequently filed a Motions to Dismiss under Fed. R. Civ. P. 12(b)(6).

3. Defendants recently provided Plaintiff with additional evidence.

4. Due to unforeseen health issues, undersigned counsel has not been able to complete the review of information and/or the filing of an Amended Complaint.

5. It is likely that Plaintiff will be filing an Amended Complaint, mooting the motion.

6. Therefore, because it may not be necessary to file a brief at all, Plaintiff is seeking a fourteen (14) day extension of time to do so.

7. The interests of justice lie in favor of granting an extension.

8. Defendants concur in this request.

WHEREFORE, Plaintiff respectfully requests that the instant Motion for Extension of Time be granted.

                                        Respectfully Submitted

                                        */s/ Curt M. Parkins*

                                        _____
                                        Curt M. Parkins, Esq.
                                        Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMBER SMITH | : | |
| | : | |
| V. | : | 22-CV-1934 |
| | : | |
| WYOMING COUNTY DISTRCIT ATTORNEY'S OFFICE, et al | : : | |

### CERTIFICATE OF CONCURRENCE

AND NOW, this 10th day of February, 2023, I, Curt M. Parkins, Esq., hereby certify that I received concurrence in the instant Motion on this date, via email from Defendants' Counsel, Gerald Geiger, Esq.

/s/ Curt M. Parkins
_____
Curt M. Parkins, Esq.
Attorney for Plaintiff

### CERTIFICATE OF SERVICE

AND NOW, this 10th day of February, 2023, I, Curt M. Parkins, Esq., hereby certify that I served a true and accurate copy of the foregoing motion upon Defendants' Counsel, Gerald Geiger, Esq, via ECF.

/s/ Curt M. Parkins
_____
Curt M. Parkins, Esq.
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMBER SMITH | : | |
| | : | |
| V. | : | 22-CV-1934 |
| | : | |
| WYOMING COUNTY DISTRCIT ATTORNEY'S OFFICE, et al | : : | |

## ORDER

AND NOW, this _____ day of _____ 2023, it is hereby Ordered that Plaintiff's Motion for Extension of Time is granted. Plaintiff's opposition brief to Defendants 12(b)(6) motion is due on or before _____.

_____
Saporito, M.J.