IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMBER SMITH, | : | CIVIL NO. 3:22-CV-1934 |
| Plaintiff | : | Judge Saporito |
| v. | : | |
| WYOMING COUNTY DISTRICT ATTORNEY's OFFICE, et al., | : | |
| Defendants | : | |

*FILED WILKES BARRE AUG 23 2024 PER M̸y DEPUTY CLERK*

## ORDER

AND NOW, this 23rd day of August, 2024, upon consideration of the Doc. 61 request of counsel for plaintiff, **IT IS HEREBY ORDERED THAT:**

1. An **on-the-record** telephonic discovery conference shall be conducted in the above-captioned action on **August 29, 2024, at 2:00 p.m.**

2. Counsel shall utilize the following information to access the conference:

1

Toll-Free Number: (888) 251-2909
Access Code: 2052706

*Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States District Judge