IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMBER SMITH, | : | CIVIL NO. 3:22-CV-1934 |
| Plaintiff | : | JUDGE SAPORITO |
| v. | : | |
| WYOMING COUNTY DISTRICT ATTORNEY's OFFICE, et al., | : | |
| Defendants | : | |

FILED
WILKES BARRE
AUG 29 2024
PER ___ DEPUTY CLERK

## ORDER

AND NOW, this 29th day of August, 2024, IT IS HEREBY ORDERED THAT:

1. Plaintiff's oral motion for an extension of time to serve the Second amended complaint is **GRANTED**.

2. The deadline for service of the second amended complaint is extended to <u>November 1, 2024.</u>

*Joseph F. Saporito, Jr.*
**JOSEPH F. SAPORITO, JR.**
**United States District Judge**